

# IN THE
# TENTH COURT OF APPEALS

## No. 10-09-00315-CR

**LUIS HUMBERTO GUEVARA,**

                                     **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                     **Appellee**

---

### From the 52nd District Court
### Coryell County, Texas
### Trial Court No. FAM-09-19985

---

## MEMORANDUM  OPINION

---

Luis Humberto Guevara pleaded guilty to aggravated assault, and pursuant to a plea agreement, the court sentenced him to four years' imprisonment. The trial court's certification of the defendant's right to appeal states that: (1) this "is a plea-bargain case and the defendant has NO right of appeal"; and (2) "the defendant has waived the right of appeal." *See* TEX. R. APP. P. 25.2(d). Based on this certification, the Clerk of this Court notified the parties that this appeal may be dismissed if no response was filed showing

grounds for continuing the appeal. No response has been filed. Accordingly, we dismiss the appeal. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

                    FELIPE REYNA
                    Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed January 6, 2010
Do not publish
[CR25]